TOM BALLARD COMPANY
(TEBCO, INC.), Movant,

v.

Shoppel BLEVINS et al., Respondents.

Supreme Court of Kentucky.

April 14, 1981.

John V. Porter, Wells, Porter & Schmitt, Paintsville, for movant.

Grover Adkins, Louisa, for Shoppel Blevins and M. H. Blevins.

David LeMaster, Paintsville, for Lonnie Blanton, deceased and Betty Blanton.

Donald Roney, Paul D. Rehm, Asst. Attys. Gen., Frankfort, for Frances Jones Mills.

Gerald V. Roberts, Director Workmen's Compensation Bd., Dept. of Labor, Frankfort, for respondents.

OPINION AND ORDER

The Court, having considered the briefs of movant and respondents, and having heard oral argument in this matter, is of the opinion that discretionary review was improvidently granted.

This Court's order granting discretionary review is vacated, 614 S.W.2d 247, and the case is remanded to the Court of Appeals for the issuance of its mandate.

PALMORE, C. J., and AKER, CLAYTON and STERNBERG, JJ., concur.

LUKOWSKY, STEPHENS and STEPHENSON, JJ., dissent.

ENTERED April 14, 1981.

John S. Palmore
Chief Justice